Revised 03/06 WDNY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW YORK**

**FORM TO BE USED IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**
(Prisoner Complaint Form)



FILED JUN 22 2020 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

20 CV 771 S

**A.    Full Name And Prisoner Number of Plaintiff:** NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. Derrick Johnson #09B3096
2. _____

-VS-

**B.    Full Name(s) of Defendant(s)** NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. John Rich                4. _____
2. M. Coryer                5. _____
3. William Mack             6. _____

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: Derrick Johnson #09B3096

Present Place of Confinement & Address: Elmira Correctional Facility, 1879 Davis St., P.O. Box 500, Elmira, N.Y.

Name and Prisoner Number of Plaintiff: _____

Present Place of Confinement & Address: _____

**DEFENDANT'S INFORMATION** NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: J. Rich
(If applicable) Official Position of Defendant: Superintendent of Elmira Correctional Facility
(If applicable) Defendant is Sued in ✓ Individual and/or ✓ Official Capacity
Address of Defendant: Assigned to work at Elmira Correctional Facility, located; 1879 Davis St., P.O. Box 500, Elmira, N.Y. 14902

Name of Defendant: M. Coryer
(If applicable) Official Position of Defendant: Deputy Superintendent of Elmira Correctional Fac.
(If applicable) Defendant is Sued in ✓ Individual and/or ✓ Official Capacity
Address of Defendant: Assigned to work at Elmira Correctional Facility, located; 1879 Davis St., P.O. Box 500, Elmira, N.Y. 14902

Name of Defendant: W. Mack
(If applicable) Official Position of Defendant: Nurse Administrator at Elmira C.F.
(If applicable) Defendant is Sued in ✓ Individual and/or ✓ Official Capacity
Address of Defendant: Assigned to work at Elmira Correctional Facility, located; 1879 Davis St., P.O. Box 500, Elmira, N.Y. 14902

### 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in state or federal court dealing with the same facts involved in this action? Yes___ No ✓

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s):_____

   Defendant(s):_____

2. Court (if federal court, name the district; if state court, name the county):_____

3. Docket or Index Number:_____
4. Name of Judge to whom case was assigned:_____

5. The approximate date the action was filed:_____

6. What was the disposition of the case?

    Is it still pending? Yes____ No____

        If not, give the approximate date it was resolved._____

    Disposition (check the statements which apply):

      ____ Dismissed (check the box which indicates why it was dismissed):

          ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

          ____ By court for failure to exhaust administrative remedies;

          ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

          ____ By court due to your voluntary withdrawal of claim;

      ____ Judgment upon motion or after trial entered for

          ____ plaintiff

          ____ defendant.

**B.** Have you begun **any other lawsuits in federal court** which **relate to your imprisonment**?

    Yes____ No ✓

If Yes, complete the next section. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

    Plaintiff(s):_____

    Defendant(s):_____

2. District Court:_____

3. Docket Number:_____

4. Name of District or Magistrate Judge to whom case was assigned:_____

5. The approximate date the action was filed:_____

6. What was the disposition of the case?

    Is it still pending? Yes____ No____

        If not, give the approximate date it was resolved._____

3

Disposition (check the statements which apply):

\_\_\_\_ Dismissed (check the box which indicates why it was dismissed):

    \_\_\_\_ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

    \_\_\_\_ By court for failure to exhaust administrative remedies;

    \_\_\_\_ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

    \_\_\_\_ By court due to your voluntary withdrawal of claim;

\_\_\_\_ Judgment upon motion or after trial entered for

    \_\_\_\_ plaintiff

    \_\_\_\_ defendant.

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)

- Religion
- Free Speech
- Due Process
- Equal Protection
- Access to the Courts
- False Arrest
- Excessive Force
- Failure to Protect
- Search & Seizure
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prison er confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must provide information about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must attach copies of any decisions or other documents which indicate that you have exhausted your remedies for each claim you assert in this action.

4

Case 1:20-cv-00771-JLS-JJM   Document 1   Filed 06/22/20   Page 5 of 20

**A. FIRST CLAIM:** On (date of the incident) ___See attached page___,
defendant (give the **name and position held** of **each defendant** involved in this incident) _____

did the following to me (briefly state what each defendant named above did): _____

The constitutional basis for this claim under 42 U.S.C. § 1983 is: _Denial of Medical treatment, (Dental) for failure to act in a timely fashion_

The relief I am seeking for this claim is (briefly state the relief sought): _To see a dentist and receive the treatment needed, and for the state to pay for the pain and anguish I have been subject to_

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? __✓__ Yes ____ No  If yes, what was the result? _Grievance Committee at E.C.F. agreed with me_

Did you appeal that decision? __✓__ Yes ____ No  If yes, what was the result? _I am waiting for a decision from the C.O.R.C. as I file this claim._

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

**A. SECOND CLAIM:** On (date of the incident) _____,
defendant (give the **name and position held** of **each defendant** involved in this incident) _____

did the following to me (briefly state what each defendant named above did): _____

_____
_____
_____
_____
_____
_____
_____

The constitutional basis for this claim under 42 U.S.C. § 1983 is: _____

_____

The relief I am seeking for this claim is (briefly state the relief sought): _____

_____

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? _____ Yes _____ No   If yes, what was the result? _____

_____

Did you appeal that decision? _____ Yes _____ No   If yes, what was the result? _____

_____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

_____

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

### 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

_____
_____
_____

Do you want a jury trial? Yes __✓__ No _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
(date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

Derrick Johnson

Signature(s) of Plaintiff(s)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF CHEMUNG )

I, __Derrick Johnson__, being duly sworn, deposes and says that:

1. I am a party to this action, 18 years or older, and an inmate at Elmira Correctional Facility, P.O. Box 500, Elmira, New York.

2. On the __13__ day of __June__, 20__20__, I served the folling described paper(s): __42 U.S.C. 1983, civil cover Sheet, Authorizations for account balance, and verification.__ by mailing the paper(s) to the person at the address designated by him or her for that purpose by depositing the same in a first class, postpaid, properly addressed wrapper, in an official depository under the excusive care and custody of the above-mentioned facility for the United States Postal Office within the State of New York. The name of the person or names of the persons served and the address or addresses at which service was made are as follows:

__Clerk of the court__
__U.S. District court__
__Western District of N.Y.__
__2 Niagara Square__
__Buffalo N.Y. 14202-3498__

Dated: __6-13-__, 20__20__
Chemung County, New York

Respectfully submitted,

_Derrick Johnson_

Sworn to Before me this __13TH__
day of __JUNE__, 20__20__.

_____
NOTARY PUBLIC

ELIJAH NICHOLS I.D.#01NI6405359
NOTARY PUBLIC, STATE OF NEW YORK
Qualified in Chemung County
Commission expires on March 09, 2024

This is Plaintiff's Claim;

1. First claim- Defendant, J.Rich, was notified by myself about the need to be seen by a Dentist. I have written to sick call on three (3), occasions, from the begining of January 2020, until the end of February 2020, and if the Supt. J.Rich, would've acted then before the restrictions were put into place I would have had no reason to bring a complaint to anyone's attention. See Exhibit "A"

2. I was then given a reply from Deputy Superintendent of Health, M.Coryer, and he basically said that at the current moment there is no Dentist at this facility to perform the Oral Surgey needed in my case which the Dental Hygenist Ms. Wheeler recomended, due to me having an abscess and was given antibiotics for the swelling, which was an infection. This "Denial of Medical Attention", is needed like yesterday, and I can not eat, sleep, or concentrate due to this pain I am having to endure. See Exhibit "B"

3. Defendant, William Mack, the Nurse Administrator assigned to work at Elmira Correctional Facility has procrastinated in dealing with this specific situation for not acting accordingly before the restrictions were put into place hindering me from the procedure needed by an Oral Surgeon, and should be held accountable for this delay and reprimanded for his delay in acting on a timely fashion. See Exhibit "C"



Elmira Corr. Facility

March 19, 2020

Supt. Rich
Elmira C.F.

Re: Need to see Dentist

Supt. Rich,

The reason for this correspondence is to inquire the length of time I must wait to see a Dentist. I have written three (3) sick call slips over the course of approximately three (3) months due to a very bad toothache which hinders me to eat, sleep, etc. and I can not get anything done. So my plea for help is being forwarded to you so that you can maybe expedite me seeing a Dentist some time in the very near future.

I would like to thank you in advance for your time and consideration in the present matter.

Respectfully Submitted,

Derrick Johnson





Corrections and Community Supervision

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

**TO:** Johnson, D. 09B3096

**FROM:** M. Coryer, Deputy Superintendent for Health

**DATE:** April 2, 2020

**SUBJECT:** Reply to Letter

---

Mr. Johnson,

We do not have a dentist on site at the present time. We are actively recruiting and everyone is acutely aware of the need for routine dental services for our population.
You do have a current referral for evaluation and treatment by an oral surgeon when the current pandemic is under control and trips/appointments resume.

If you have further healthcare concerns, please request sick call and you can be referred to a medical provider for evaluation and treatment.

DSH Coryer



To: Nurse Administrator

From: Derrick Johnson 09B3096   I-1-10

Date: 3-17-2020

RE: FOIL Request

Yes I am writing to request my sick call slips about my dental requests! Because I need them for my Grievance. I think it just three slips I wrote requesting to see a dentist.

Derrick Johnson
Derrick Johnson
09B3096   I-1-10
File cc...

AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF CHEMUNG )

I, Derrick Johnson, being duly sworn, deposes and says that:

1. I am a party to this action, 18 years or older, and an inmate at Elmira Correctional Facility, P.O. Box 500, Elmira, New York.

2. On the 13 day of June, 2020, I served the folling described paper(s): 42 U.S.C. 1983, civil cover Sheet, Authorizations for account balance, and verification. by mailing the paper(s) to the person at the address designated by him or her for that purpose by depositing the same in a first class, postpaid, properly addressed wrapper, in an official depository under the excusive care and custody of the above-mentioned facility for the United States Postal Office within the State of New York. The name of the person or names of the persons served and the address or addresses at which service was made are as follows:

clerk of the court
U.S. District court
Western District of N.Y.
2 Niagara Square
Buffalo N.Y. 14202-3498

Dated: 6-13-, 2020
Chemung County, New York

Sworn to Before me this 13TH day of JUNE, 2020.

_____
NOTARY PUBLIC

Respectfully submitted,

Derrick Johnson

ELIJAH NICHOLS I.D.#01NI6405359
NOTARY PUBLIC, STATE OF NEW YORK
Qualified in Chemung County
Commission expires on March 09, 2024

Clerk of the Court
U.S. District Court for the
__Western__ District of New York
__2 Niagara Square__
__Buffalo__, NY __14202__

Re: 42 U.S.C. §1983 Summons and Complaint

Dear __Court Clerk__:

Please find enclosed one (1) original and three (3) copies of my Pro Se 42 U.S.C. §1983 Summons and Complaint and all supporting papers and affidavits.

If I have failed to serve any other paper work or there is any further information you may need from me in order to process my motion, please feel free to contact me at the above listed address. I would like to thank you for your time and consideration in this matter and I look forward to hearing from your office with a favorable decision from the Court.

Respectfully submitted,

Derrick Johnson
_____, #09B3096
Claimant, "Pro-Se"
Elmira Correctional Facility
P.O. Box 500
Elmira, N.Y. 14902

cc:   File

Derrick Johnson
# 09 B 3096
Elmira Correctional Facility
1879 Davis St., P.O. Box 500
Elmira, N.Y. 14902

Clerk of the Court
U.S. District Court
Western District of N.Y.
2 Niagara Square
Buffalo, N.Y. 14202

Jun 14, 2020

Re: filing of 42 U.S.C. 1983

Sir/Madam,

the reason for this correspondence is to inform you that I am filing my 42 U.S.C. 1983, and am hoping everything is in order and I know that if it's not, you will be informing me of the mistake and on how to correct it. I would like to thank you in advance for your time and consideration in the matter presented and that you and your loved ones are safe and healthy in these troubling times

Respectfully Submitted,

Derrick Johnson
Derrick Johnson, Pro Se
09 B 3096.

**ELMIRA CORRECTIONAL FACILITY**
P.O. BOX 500
ELMIRA, NEW YORK 14902-0500

NAME: Derrick Johnson DIN: 09B3096 I-1-10

USDC - WDNY
JUN 22 2020
BUFFALO

Clerk of the Court
U.S. District Court
Western District of N.Y.
2 Niagara Square
Buffalo, N.Y. 14202

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Derrick Johnson

## DEFENDANTS
J. Rich, M. Coryer, W. Mack

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se Derrick Johnson #09B3096

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government Plaintiff
☒ 3  Federal Question *(U.S. Government Not a Party)*
☐ 2  U.S. Government Defendant
☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☒ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 42 U.S.C. 1983
Brief description of cause: Civil Rights Action, Denial of Medical Treatment (Dental)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 9,600.—
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____
DOCKET NUMBER _____

DATE _____
SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____